ADRIENNE C. PUBLICOVER (SBN 161432)
CATHERINE GREGORY (SBN 242006)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370
adrienne.publicover@wilsonelser.com
catherine.gregory@wilsonelser.com

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID ROSENTHAL, an individual; JEFFREY ROSENTHAL, an individual; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. CV 10-0357 JSW<br><br>[~~PROPOSED~~] **AMENDED ORDER FOR DISBURSEMENT OF INTERPLEADED FUNDS** |

Plaintiff American General Life Insurance Company having deposited funds in interpleader in the sum of $1,012,246.31 with the Clerk of this Court on February 12, 2010, in this action and the parties having reached a Stipulated Judgment in this action,

**THE COURT HEREBY MAKES THIS ORDER FOR DISBURSEMENT OF INTERPLEADED FUNDS** directing the Clerk to disburse funds, which have been interpleaded in this action, in the manner set forth below:

    1.    A check shall be issued payable to David Rosenthal in the sum of $506,123.16 plus half of any accrued interest. This check shall be mailed to Mitchell, Hedin, Breiner, Ehlenbach &

Burglin; Attn: Deborah L. Breiner; Courthouse Square, 1000 Fourth Street, Suite 570; San Rafael, CA 94901; and,

    2.    A check shall be issued payable to Jeffrey Rosenthal in the sum of $506,123.15 plus half of any accrued interest. This check shall be mailed to Mitchell, Hedin, Breiner, Ehlenbach & Burglin; Attn: Deborah L. Breiner; Courthouse Square, 1000 Fourth Street, Suite 570; San Rafael, CA 94901.

Date: March 25, 2010    By: _____
    HONORABLE JEFFREY S. WHITE
    UNITED STATES DISTRICT COURT JUDGE

---

2
**ORDER FOR DISBURSEMENT OF INTERPLED FUNDS**
USDC EDCA Case # CV08-00932 MCE DAD
527567.1